EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T, NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR 03-00244 SOM |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841(a)(1); 841(b)(1)(B); 18 U.S.C. § 2] |
| BASHO ELLIOT,    (01)<br>  aka "BOSCH ELLIOT," | ) | |
| JOHN MESTON,    (02)<br>  aka "John Theodore Meston,"<br>  aka "John T. Meston," | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about May 6, 2003, in the District of Hawaii, Defendants BASHO ELLIOT, also known as "Bosch Elliot," and JOHN MESTON, also known as "John Theodore Meston" and "John T. Meston," did knowingly and intentionally aid and abet each other

in attempting to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

DATED: May 14, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

UNITED STATES vs. Basho Elliot, et al.
Cr. No. _____
"Indictment"

2