Hon. Michael Daly Hawkins
U.S. Circuit Judge
510 United States Courthouse
401 West Washington Street, Spc. 47
Phoenix, Arizona 85003-2151

<u>VIA Fed Ex</u>

Date:   August 11, 2006

To:     United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, HI  96813

From:   Judge Michael Daly Hawkins - Ninth Circuit Court of Appeals
        By: Laura Ferguson

CA No.:   04-10571

DC No.:   CR 03-00244DAE

Title:    United States v. Elliot

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 15 2006
DISTRICT OF HAWAII

Records Returned:

___2___  Volume(s) of Original Clerk's Record

___10__  Reporter's Transcripts


OTHER: _____


cc:   Records Unit, Clerk's Office, Ninth Circuit Court of Appeals, San Francisco

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  October 17, 2005

To:   Judge MICHAEL DALY HAWKINS
      SANDRA DAY O'CONNOR U.S. COURTHOUSE
      401 W. WASHINGTON ST, SPC 47, STE. 510
      PHOENIX   AZ   85003-2151                     Attn: ( ) Civil
                                                          (X) Criminal
From: United States District Court                        (X) Judge
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00244DAE         Appeal No:    04-10571

Short Title:   USA vs. Elliot

Clerk's Files in     2       volumes  (✓) original  ( ) certified copy

Bulky docs         _____     volumes (folders)  docket #

Reporter's           10      volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits           _____     volumes ( ) under seal

                   _____     boxes   ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 4 sealed docs in one folder

Acknowledgment: _Evangelina Valdez_____   Date: _10/19/05_