UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>BASHO ELLIOT, a.k.a. Bosch Elliot,<br><br>Defendant - Appellant. | No. 04-10571<br>D.C. No. CR-03-00244-SOM<br><br>JUDGMENT |

*FILED IN THE*
*UNITED STATES DISTRICT COURT*
*DISTRICT OF HAWAII*

*OCT 27 2006*

*at ___ o'clock and ___ min. ___ M*
*SUE BEITIA, CLERK*

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 04/18/06

*A TRUE COPY*
*CATHY A. CATTERSON*
*Clerk of Court*
*ATTEST*

*OCT 23 2006*

*by: Deputy Clerk*