UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 20 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10571 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00244-SOM |
| v. | District of Hawaii, Honolulu |
| BASHO ELLIOT, a.k.a. Bosch Elliot, | ORDER |
| Defendant - Appellant. | |

Before: BRIGHT,* McKEOWN, and CLIFTON, Circuit Judges.

Appellant's Motion to Stay the Mandate Pending the Filing of a Petition for Writ of Certiorari in the Supreme Court, filed September 5, 2006, is GRANTED in part. This court's mandate will be stayed until 30 days from the date of filing of this order. Thereafter, the mandate of this court will issue. Appellant may seek an additional stay from the Supreme Court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 23 2006

by: [signature]
Deputy Clerk

---

\* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.