# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR03-00244SOM

CASE NAME:        USA v. (01) Basho Elliott

ATTYS FOR PLA:    Beverly Sameshima

ATTYS FOR DEFT:   (01) Joseph Vodnoy, by phone

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
|---|---|---|---|
| DATE: | 11/6/2006 | TIME: | 10:15-10:20am |

COURT ACTION:  EP: Trial Resetting Conference - defendant not present.

The court attempted to contact local counsel Michael Green by phone but was unable to locate counsel.  The court then contacted Joseph Vodnoy who informed the court that the Petition for Certiorari to the Supreme Court was denied.  Therefore, pursuant to the agreement of counsel,

Jury Selection/Trial: 1/23/07, 9:00am, Judge Mollway
Final Pretrial Conference: 12/26/06, 10:00am, Judge Kurren
Motions due: 12/14/06
Response due:  12/28/06

The court orders that the period from 10/23/06 to and including 1/23/07 be excluded from computation under the Speedy Trial Act.  Government to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager