EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| BASHO ELLIOT,       (01) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order for Continuance of Trial Date and Excluding Time Under the Speedy Trial Act was submitted to Magistrate Judge Kevin S.C. Chang for signature and was served on the following counsel on November 6, 2006:

Served by First Class Mail:

    Joseph Vodnoy, Esq.
    316 West Second Street
    Suite 1200
    Los Angeles, CA   90012

    Attorney for Defendant
    BASHO ELLIOT

        DATED:  November 6, 2006, at Honolulu, Hawaii.


                                /s/ Dawn M. Aihara