EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR CONTINUANCE OF |
| vs. | ) | TRIAL DATE AND EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| BASHO ELLIOT, (01) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR CONTINUANCE OF TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

This matter came on for a trial setting conference on November 6, 2006, before the Honorable Kevin S.C. Chang, Magistrate Judge. Assistant U.S. Attorney Beverly Wee Sameshima appeared on behalf of the United States. Attorney Joseph Vodnoy appeared by telephone on behalf of Defendant Basho Elliot ("Elliot"). Elliot filed a petition for certiorari to the Supreme Court on or about October 3, 2006. Elliot filed a motion

to stay the mandate pending the Supreme Court petition for certiorari on or about September 5, 2006 before the Ninth Circuit.  On September 20, 2006, the Ninth Circuit granted the motion in part, staying the mandate until October 2006.  On October 23, 2006, the mandate issued.

During the conference, Elliot's counsel advised the parties that the Supreme Court denied the petition for certiorari on November 6, 2006.  The parties discussed trial dates and counsel stipulated that the first available trial date to ensure continuity of counsel and for counsel to prepare for trial is January 23, 2007.  The parties agree and the Court finds that the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh the interests of the defendant and the public in a speedy trial to allow the defendant to adequately prepare for trial.  The defendant and the government further agree and the Court finds that the first available date for counsel for the defendant and the government for trial is January 23, 2007, to ensure continuity of counsel for all parties.

Accordingly, it is hereby agreed and stipulated and the Court finds that:  (1) jury selection and trial for this matter be set for January 23, 2007 at 9:00 a.m., before Judge Susan Oki Mollway; (2) final pretrial conference be set for December 26, 2006, at 10:00 a.m. before Magistrate Judge Barry M. Kurren; (3) motions are due on December 14, 2006; (4) responses are due on

December 28, 2006.  The parties further agree and the Court finds that the period of time from October 23, 2006, to and including January 23, 2007, constitute a period of excludable delay pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

    IT IS SO ORDERED.

    DATED:  November 9, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES V. BASHO ELLIOT
Cr. No. 03-00244 SOM
"Order for Continuance of Trial Date and Excluding Time Under the Speedy Trial Act"