# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 03-00244SOM

CASE NAME:   USA vs. (01) Basho Elliot

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway   REPORTER:

DATE:   12/01/2006   TIME:

COURT ACTION:  EO: New dates given:

Jury Selection/Trial set for 1/23/07 @ 9:00 a.m. SOM is continued to 2/27/07 @ 9:00 a.m. SOM.

Final Pretrial Conference set for 12/26/06 @ 10:00 a.m. BMK is continued to 1/29/07 @ 10:00 a.m. KSC.

Motions 1/16/07.

Response 1/29/07.

Notified: Beverly Wee Sameshima AUSA and (01 Joseph Vodnoy.

Ms. Sameshima to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.