EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| BASHO ELLIOT, | ) | |
| aka "BOSCH ELLIOT," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.   The United States of America and the Defendant BASHO ELLIOT aka "Bosch Elliot" (hereinafter "Elliot"), through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from January 23, 2007 and the new trial date from computation under the Speedy Trial Act.  The continuance is requested by the

defendant based upon the unavailability of an expert witness and to give the defendant sufficient time to prepare for trial.

  B. The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and:

   ___1. The failure to grant such a continuance would be likely

    ___to make a continuation of such proceeding impossible

    ___to result in a miscarriage of justice.

   ___2. The case is so

    ___unusual

    ___complex

   due to

    ___the number of defendants

    ___the nature of the prosecution

    ___the existence of novel questions of fact or law

   that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

   <u>X</u> 3. The failure to grant the continuance would

    ___deny the defendant reasonable time to obtain counsel

    ___unreasonably deny the defendant continuity of counsel

      ___unreasonably deny the government continuity of counsel

      _X_ deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

      ___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   ___4.  (Other factors considered)_____.

   C.  The parties further agree that the period of time from January 23, 2007 to and including February 27, 2007, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

   DATED: December 12, 2006, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

                    By  /s/ Beverly Wee Sameshima
                      BEVERLY WEE SAMESHIMA
                      Assistant U.S. Attorney

                      /s/ Michael J. Green
                    MICHAEL J. GREEN
                    Local Counsel for Defendant
                    BASHO ELLIOT

                      /s/ Joseph T. Vodnoy
                    JOSEPH T. VODNOY
                    Mainland Counsel for
                    Defendant BASHO ELLIOT

ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

The above stipulation and continuance of trial are hereby approved, and the agreements in paragraphs B and C of the stipulation are adopted as findings by the Court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for February 27, 2007;

(2) the final pretrial conference is set for January 29, 2007 at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang;

(3) defense motions are due on January 16, 2007, and the government's responses are due on January 29, 2007.

IT IS FURTHER ORDERED that the period of time from January 23, 2007 to and including February 27, 2007, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

DATED: Honolulu, Hawaii; December 22, 2006.

_____
Susan Oki Mollway
United States District Judge

USA v. BASHO ELLIOT
Cr. No. 03-00244 SOM
"Stipulation and Order Continuing Trial Date and Excluding Time under the Speedy Trial Act"