ORIGINAL

MICHAEL JAY GREEN
Attorney at Law
Hawaii Bar No. 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Tel: (808) 521-3336
Fax: (808) 566-0347

JOSEPH T. VODNOY
Attorney at Law
California Bar No. 031147
316 West Second St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 893-7500
Fax: (213) 489-4700

Attorneys for Defendant
BASHO ELLIOT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASHO ELLIOT, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 03-00244(1)SOM <br><br> **DEFENDANT'S MOTION IN LIMINE CONCERNING THE USE OF EVIDENCE OF DEFENDANT'S STATEMENTS SUPPRESSED UNDER MIRANDA** <br><br> **Date:** TO BE SET BY THE COURT <br> **Time:** TO BE SET BY THE COURT <br> **Judge:** Susan Oki Mollway |

1

The defendant, BASHO ELLIOT, hereby moves the Court to exclude evidence of the defendant's statements suppressed under Miranda in the event that the defendant does not testify at the trial. Statements of a defendant suppressed under Miranda may not be offered by the government in order to impeach other defense witnesses, such as, defense expert witness Frank Panessa. See, James v. Illinois, 493 U.S. 307 (1990).

                JOSEPH T. VODNOY
                Attorney for Defendant
                BASHO ELLIOT