# EXHIBIT A

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Richard Jones At: Hawaii Airport Task Force | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 05/19/03 | |
| 9. Other Officers: TFO Tanya Tano | | | | |
| 10. Report Re: Post Arrest statement of Basho ELLIOT | | | | |

## DETAILS

1. Reference the Report of Investigation written by TFO Jeffery Mertens under this case number and file title concerning the controlled delivery and arrest of BASHO ELLIOT and John MESTON.

2. On 5-5-03, Hawaii Airport Task Force (HATF) conducted a controlled delivery of a parcel, which originally contained 2499 grams of cocaine to 116 Kapunakea Street, Lahaina, Maui. The parcel was later taken to 145 Kaniau Road, Lahaina, Maui. Basho ELLIOT and John MESTON were arrested. A consent search was obtained for their residences and vehicles.

3. After ELLIOT was under arrest SA Richard Jones asked ELLIOT, as witnessed by TFO Tano, if it was okay to search his residence to include the back shed area where he was arrested and his vehicle. BASHO stated "yes." SA Jones then retrieved a consent to search form and asked BASHO to sign the form. BASHO stated that he did not wish to sign the form and then stated "you are going to search anyway." SA Jones explained to BASHO that it was his choice and if he said no, law enforcement would not search. BASHO then stated that it was ok for law enforcement to search but he would not sign the form.

4. SA Jones explained to BASHO that he was under arrest for narcotics violations and that SA Jones wanted BASHO to cooperate, as witnessed by TFO Tano. SA Jones further stated that if BASHO would help law

| 11. Distribution: Division District Other | 12. Signature (Agent) SA Richard Jones | 13. Date 6-2-03 |
|---|---|---|
| | 14. Approved (Name and Title) David Cota Group Supervisor | 15. Date 6/2/03 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 05/19/03 | |

enforcement catch other people that SA Jones would talk to the AUSA and advise them of his cooperation. In turn the AUSA would tell the Judge all of the good things that BASHO did for law enforcement and it would be up to the Judge if BASHO would receive any consideration for his cooperation. BASHO asked SA Jones what SA Jones wanted BASHO to do. SA Jones told BASHO that he wanted BASHO to call the people in California that sent the drugs and to complete the delivery of the drugs to the people in Hawaii. BASHO stated that he could not do that because "they" would kill him and his family. BASHO further stated that he wished he could help but this was all his "deal" and he would take responsibility for the drugs. Furthermore, BASHO stated that his wife and MESTON knew nothing about the drugs.

5. SA Jones told BASHO that he was going to read his Miranda rights, as witnessed by TFO Tano, and that he should refrain from making anymore statement until his rights were read to him. Furthermore, SA Jones told BASHO that he should think about telling the truth so that he could be a good witness in the future. SA Jones then read BASHO his Miranda warnings and BASHO asked to speak with an attorney.

INDEXING

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor