UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 03-00244(1)SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| BASHO ELLIOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly

served by HAND DELIVERY and/or UNITED STATES MAIL, postage prepaid,

to the parties identified below at their last known address on the date herein

indicated.

Beverly Wee Sameshima
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

DATED: _____     _____
                           MICHAEL JAY GREEN
                           JOSEPH T. VODNOY

14