EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA  #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | NOTICE OF REFILING OF MOTIONS |
| | ) | AND BRIEFS PREVIOUSLY FILED |
| vs. | ) | BY THE UNITED STATES OF |
| | ) | AMERICA; CERTIFICATE OF |
| BASHO ELLIOT,  (01) | ) | SERVICE |
| aka "Bosch Elliot" | ) | |
| | ) | Trial Date:  February 27, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge:  Susan Oki Mollway |

NOTICE OF REFILING OF MOTIONS AND BRIEFS
PREVIOUSLY FILED BY THE UNITED STATES OF AMERICA

This case is scheduled for trial on February 27, 2007, after the district court declared a mistrial based upon manifest necessity when it was discovered that defendant Basho Elliot's lead counsel represented a key defense witness, Sergio Hevia, implicated in the very transaction which formed the basis of the

charges. Elliot sought dismissal of the charges on double jeopardy grounds which was denied. The Ninth Circuit affirmed the ruling in United States v. Basho Elliot, 463 F.3d 858, *opinion amended and superseded on denial of rehearing* (9th Cir. 2006). The U.S. Supreme Court denied certiorari in Elliot v. United States, 127 S. Ct. 568 (2006).

       The government herein gives notice that all motions and briefs previously filed by the United States in this case will be deemed refiled.

       DATED: January 17, 2007, at Honolulu, Hawaii.

                                   EDWARD H. KUBO, JR.
                                   United States Attorney
                                   District of Hawaii

                                 By  /s/ Beverly Wee Sameshima
                                     BEVERLY WEE SAMESHIMA
                                     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

>Joseph Vodnoy, Esq.
>316 West Second Street
>Suite 1200
>Los Angeles, CA   90012
>
>Michael Green, Esq.
>345 Queen Street, 2nd Floor
>Honolulu, HI   96813
>
>Attorneys for Defendant
>BASHO ELLIOT

DATED: January 17, 2007, at Honolulu, Hawaii.

                                                        /s/ Dawn M. Aihara