MICHAEL JAY GREEN
Attorney at Law
Hawaii Bar No. 4451
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Tel: (808) 521-3336
Fax: (808) 566-0347

JOSEPH T. VODNOY
Attorney at Law
California Bar No. 031147
316 West Second St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 893-7500
Fax: (213) 489-4700
E-Mail: JVodnoy@vodnoylaw.com

Attorneys for Defendant
BASHO ELLIOT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 03-00244(1)SOM |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S NOTICE OF REFILING OF MOTIONS AND BRIEFS PREVIOUSLY FILED BY DEFENDANT; CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| BASHO ELLIOT, | ) | |
| | ) | **Trial Date:** February 27, 2007 |
| Defendant. | ) | **Time:** 9:00 a.m. |
| | ) | **Judge:** Susan Oki Mollway |

NOTICE OF REFILING OF MOTIONS AND BRIEFS
PREVIOUSLY FILED BY THE DEFENDANT

:

    This case is scheduled for trial on February 27, 2007, after the district court declared a mistrial. Elliot sought dismissal of the charges on double jeopardy grounds which was denied. The Ninth Circuit affirmed the ruling in <u>United States v. Basho Elliot,</u>

1

2

463 F.3d 858, opinion amended and superseded on denial of rehearing (9th Cir. 2006). The U. S. Supreme Court denied certiorari in <u>Elliot v. United States</u>, 127 S.Ct. 568 (2006).

      The defendant herein gives notice that all motions and briefs previously filed by the defendant in this case will be deemed refiled.

Dated:       January 25, 2007

/s/ Joseph T. Vodnoy
JOSEPH T. VODNOY
Attorney for Defendant
BASHO ELLIOT

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

Beverly Wee Sameshima
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

DATED:    January 25, 2007                /s/ Candace Park
                                          CANDACE PARK