# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00244SOM

CASE NAME:       USA v. (01) Bashio Elliot

ATTYS FOR PLA:   Beverly Wee Sameshima

ATTYS FOR DEFT:  (01) Joseph Vodnoy

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    01/29/2007               TIME:       10:15 - 10:18

COURT ACTION:   EP: Final Pretrial Conference as to (01) Bashio Elliot - deft present on bail.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Susan Oki Mollway on February 27, 2007 at 9:00 a.m.

Representations by counsel on trial time:
The United States: 3-4 days.
Defendant: 2 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b) : NA
2. a. Motions in Limine filed and served by: February 7, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: February 12, 2007.
3. Brady and Giglio Material by: No Brady.  Completed as to Giglio.
4. a. Jury Instructions exchanged by February 7, 2007.
   d. Filings required by 4(b) & (c) by: February 14, 2007.
5. Witness Lists per stipulation by February 20, 2007.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.

7.  <u>Stipulations</u>: In writing and filed by February 14, 2007.
8.  <u>Voir Dire Questions</u>: In writing by February 14, 2007.
9.  <u>Trial Briefs</u>: by February 14, 2007.
10. <u>Jencks Disclosures</u>: completed
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CR 03-00244SOM;
USA v. (01) Bashio Elliot;
Final Pretrial Conference Minutes
01/29/2007