# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/01/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00244SOM

CASE NAME: USA vs. (01) Basho Elliot

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Susan Oki Mollway          REPORTER:

DATE: 02/01/2007                  TIME:

COURT ACTION: EO:

Government's Sealed Ex Parte Motion filed on 1/29/07 is Granted.

Submitted by: Toni Fujinaga, Courtroom Manager.