JOSEPH T. VODNOY
Attorney at Law
California Bar No. 31147
316 West Second Street, Suite 1200
Los Angeles, California  90012
(213) 893-7500

Attorney for Appellant
**BASHO ELLIOT**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  03-00244(1)SOM |
| | ) | |
| Plaintiff, | ) | **MOTION TO ALLOW DEFENDANT'S** |
| | ) | **COUNSEL TO APPEAR WITHOUT** |
| v. | ) | **LOCAL COUNSEL BEING PRESENT** |
| | ) | |
| BASHO ELLIOT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      COMES NOW Defendant Basho Elliot, ("Defendant") by and through counsel, Joseph Vodnoy hereby requests that he be allowed to appear before this Court without local counsel being present.

    1.   Defendant is represented by Joseph T. Vodnoy, counsel from California.  Mr. Vodnoy has been authorized to appear pro hac vice in this case and has retained the services of local counsel, Michael J. Green, Esq.  To date, Mr. Green has appeared with Mr. Vodnoy at each hearing.

    2.   The next appearance in this case will be the motion in limine hearing on February 23, 2007 before Judge Mollway.

3.   Mr. Vodnoy would like to proceed with the trial set for February 27, 2007 without local counsel, Michael J. Green.

4.   After discussing the matter with Assistant United States Attorney Beverly Sameshima, I do not believe they government will oppose this motion.

WHEREFORE, the Defendant Basho Elliot requests that the Court allow Mr. Vodnoy to appear before the Court for the trial in this matter without local counsel being present.

Respectfully Submitted,

/s/ Joseph T. Vodnoy
JOSEPH T. VODNOY
Attorney for Defendant
BASHO ELLIOT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 316 West Second Street, Suite 1200, Los Angeles, California 90012.

On February 5, 2007, I served the foregoing document described as **MOTION TO ALLOW DEFENDANT'S COUNSEL TO APPEAR WITHOUT LOCAL COUNSEL BEING PRESENT** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Rm. 6-100, PJKK Fed. Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 5, 2007, at Los Angeles, California.

/s/ Candace Park
CANDACE PARK