IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING "EX PARTE SEALED |
| | ) | MOTION" FILED ON FEBRUARY 7, |
| vs. | ) | 2007 |
| | ) | |
| BASHO ELLIOT, aka "Bosch Elliot," | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING "EX PARTE SEALED MOTION"
FILED ON FEBRUARY 7, 2007

Plaintiff filed its Ex Parte Sealed Motion on February 7, 2007. That motion is GRANTED for reasons stated by the court when the matter arose before a mistrial was declared.

Although the content of the motion is appropriately sealed, the court sees no reason that the existence and granting of the motion must be sealed. Accordingly, this order, which does not disclose the content of the motion, is not sealed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; February 8, 2007.



_____
Susan Oki Mollway
United States District Judge

Case 1:03-cr-00244-SOM     Filed 02/08/2007     Page 2 of 2