EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Organized Crime/Drug Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300  Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Email: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>BASHO ELLIOT,         (01)<br>  aka "Bosch Elliot",<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 03-00244 SOM<br><br>GOVERNMENT'S PROPOSED VOIR<br>DIRE QUESTIONS; CERTIFICATE OF<br>SERVICE<br><br>DATE: February 27, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Susan Oki Mollway |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

A.   Participants and Witnesses in the Trial

　　　1.   The participants in this case are as follows:

　　　　　(a)   Beverly Wee Sameshima who is an Assistant U.S. Attorney in the District of Hawaii.

        (b)   Russell Woodward, a Task Force Officer with the Drug Enforcement Administration Airport Task Force.  The government is entitled to one representative sitting throughout the trial and that person is Russell Woodward who is the case agent in this matter.

        (c)   Defendant Basho Elliot is represented by attorneys Joseph Vodnoy and Michael Green.

    2.   Do any of you know any of the attorneys?

        (a)   If so, please state who you know and what your relationship is.

    3.   Even if you do not know any attorney, have you heard of the Government attorney or the Defense attorneys?

        (a)   If your answer is "yes" state who you have heard about and what you have heard.

    4.   Do any of you know the Defendant, or his family members or friends?

        (a)   If so, please state who you know, how you know them and what your relationship is.

    5.   Even if you do not know the Defendant, members of his family or friends, have you heard of them?

        (a)   If your answer is "yes," state who you have heard about and what you have heard.

    6.   Would your relationship (if any) to any of the participants or any of their family members or friends in any way

affect or hinder your ability to give a fair trial to both the Defendant and the Government?

7. Does anyone have any hearing impediment? If so, please explain.

8. Does anyone have difficulty speaking or reading English?

9. The Government may call the following witnesses in its case-in-chief:

(a) (Government's list of witnesses to be provided at the time of voir dire.)

(b) (At this time the Government requests that the Court request the Defendants to identify the witnesses, other than the Defendant, intended to be called as a witness in his direct case.)

10. Do any of you know any of the potential witnesses that have been mentioned in this case? If so, please state which person you know and what your relationship to each of them is.

11. Would your relationship with the prospective witness(es) affect or hinder your ability to give a fair trial to both the Defendant and the Government?

B.   Attitude Toward the Law

12.   In general terms, the Defendant is charged with conspiring to distribute and possess with intent to distribute cocaine and attempting to possess with intent to distribute cocaine.  Is there anything about the case, or the charges which I have told you thus far, which would prevent you from giving a fair and impartial verdict and due consideration to both sides in this case?

13.   Now, it is important that you must agree to follow the law that the judge will give you during the course of this case. Will you do so even if you may not agree with the law that the judge gives you?

14.   For example, some people may feel that the distribution or sale of cocaine should not be a serious crime nor in the same category as other controlled substances.

(a) Do any of you feel like that?

(b) Do any of you feel, for personal, social, or philosophical reasons that you are unable to serve as a juror in such a case?

(c) Do any of you believe that people should be able to sell or possess drugs without penalties imposed by legal authorities?

15. Have you, any member of your family, or any close personal friends been arrested or prosecuted for drug offenses?

    (a) If so, please explain.

16. Do you understand that the role of a juror in a case of this type is to decide whether or not the law was broken, not whether the law is itself a good law or a bad law, or whether the law should be changed?

17. I instruct you now that a jury must follow all the legal instructions given by the Court no matter what your personal beliefs are about what you think the law should be. Does anyone think that he or she would not be able to follow an instruction of the Court if that instruction differed from your own personal views or values?

18. I instruct you now that the Court, and only the Court, not you, has the responsibility to mete out punishment should there be a conviction. Is there anyone who is not able to follow that instruction and put out of your mind any consideration as to punishment?

19. Some persons hold a religious or moral belief that a person cannot take an oath and testify against another person of their same religious, ethnic or racial persuasion? Do you hold any such religious or moral belief?

20. Other persons hold a religious or moral belief that prevents them from returning a verdict because they believe that if they do they are morally sitting in judgment of a person rather than determining whether their conduct violated the law. Do you share any such belief?

21. Part of the role of a juror in a case is to come to a verdict, if possible, at the end of the case. Do you have any qualms about attempting to come to a verdict, if possible, at the end of the case?

22. Are you in fact willing to perform that duty and assume that responsibility?

23. Prior to coming to a verdict, would you be willing to discuss the evidence and the law with the other jurors?

24. In the course of that discussion, would you be willing to express your opinion as well as listen to the opinions of the other jurors?

25. If you find there is a difference of opinion amongst you, would you be willing to discuss that difference with the other jurors?

    (a) If, in the course of that discussion, you decide that you have changed your mind as to how you view the case, would you be willing to also tell the other jurors that you have in fact changed your mind and would be willing to change your vote?

26. As you sit there at the present time, do you know anything at all about this particular case other than what I have stated?

27. In a criminal case, the Government has the burden of proving the Defendant's guilt beyond a reasonable doubt. And you are to consider each charged offense separately. However, the Government is not required to prove the Defendant's guilt beyond all doubt or to a mathematical certainty. Is there anyone who would refuse to convict the Defendant if the evidence established the Defendant's guilt beyond a reasonable doubt merely because the Government did not prove the Defendant's guilt beyond all doubt?

28. Do any of you think that the Government should be required to prove a Defendant's guilt beyond all doubt?

C.  Previous Juror Experience

29. Have any of you ever been on a jury before? If so, was it a criminal or civil case?

30. For those of you who have been on a jury before, do you understand and can you accept the following instruction: You must put out of your mind anything which you have heard at that other trial and base your decision in this case solely on the evidence in this case and the legal instruction which will be given to you in this case?

   31.   For those of you who have been on a jury before, without telling us what the verdict in that case was, explain the nature of the charge in that case and did it reach a verdict?

   32.   Is there anything about your experience as a juror in that case which would prevent you from rendering a fair and impartial verdict to both sides in this case?

   33.   Have any of you ever served as a grand juror?

      (a)   If so, how long ago and how many times have you been a grand juror?

D.   Personal Questions

   34.   Are any of you lawyers, or have any of you ever had any legal training, or did you ever go to law school?  Did you ever take a course in being a paralegal?  Did you ever receive any such instructions in law?  If so, please explain the nature of your legal training.  Has anyone applied to law school?

   35.   Is there anything about your legal training which would prevent you or in any way hinder your ability to serve as a fair and impartial juror in this case?

   36.   Does anyone now, or have you ever in the past, worked for an attorney?  If so, explain the nature of the attorney's practice.

   37.   Did the attorney engage in the practice of criminal law?

38. For those of you who worked for an attorney, is there anything about your experience that would affect your attitude about this case and prevent you from rendering a fair and impartial verdict to both sides?

39. Have you or any members of your immediate family ever been a witness in a lawsuit? If so, please explain the nature of the lawsuit.

40. Have you or any members of your immediate family ever been sued or did you ever sue anybody else? If so, please explain.

41. Have you or any members of your family been victims of a crime? If so, explain the nature of the crime and when it occurred.

42. For those of you who have been a victim of a crime or have family members who were victims of a crime, do you believe that that experience would in any way prejudice your consideration of this case, or would you be able to consider the case based solely on the evidence in this case?

43. Have you or any members of your family or close friends ever been employed by law enforcement agencies such as the Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Customs Service or the Internal Revenue Service? If so, please explain, and do you think that

such relationships would prevent you from rendering a fair and impartial verdict in this case?

    44. Have you, or any members of your family, or close friends ever been arrested and/or convicted of a crime? If so, please explain.

    45. For those of you who answered the previous question "yes," do you think that your experience would in any way affect your judgment here, and in any way prevent you from rendering a fair and impartial verdict in this case?

    46. Some people, in the course of life, have unfortunate experiences with law enforcement officers. Some people have good experiences. If you have had a bad experience with any law enforcement officer in the past, would you be willing to put that experience aside and judge this case solely on its own merits?

    47. I will ask each of you a few personal questions concerning your own background. Please bear in mind these questions are not being asked to embarrass you, or to pry into your private affairs; rather, it is simply one way of assuring that the court upholds its obligation to empanel a jury which is fair to both the Government and to the Defendant. For each of you as individuals, then, I will ask you to give us the following information concerning your personal background:

        (a) Your name;

        (b) The general area where you currently reside;

      (c)  Age;

      (d)  Occupation;

      (e)  Employer;

      (f)  How long at this current employer?

      (g)  Your marital status (married, separated, single);

      (h)  Number of children and their ages.

48.  I ask each of you to search your own thoughts.  Do you have any bias or prejudice that might tend to make you favor one side or the other in this case?

49.  Is there any reason at all that it would be difficult for you to be fair to both sides in this case?

50.  Do you agree that the United States is entitled to a fair trial just like the Defendant is?

51.  Do you understand the role of a juror in a case of this type, that is to say, to listen to the evidence, and the law, and to come to a verdict if possible at the end of the case?

52.  Do you agree to listen carefully to the evidence as it is presented in this case?

53.  Do you agree to follow the law that the judge will give you during the course of this case?

54.  Can you think of any reason why, as a juror, you cannot be fair and impartial to both sides in this case?

E.   Concluding Question

    55.   Ladies and gentlemen, the purpose of these questions, to which you have sworn to give true answers, has not been to pry into your personal, private lives.  Rather, the purpose has been to ensure that each juror will decide this case solely on the evidence and the law, and not because of some bias or prejudice towards one side or the other.  The Government as well as the Defendant has the right to a fair trial.  Do I have your solemn oath that you will follow the legal instructions given you by the Court and that you will give both the Government and the Defendant a fair trial?

    DATED: February 14, 2007, at Honolulu, Hawaii.

    Respectfully submitted,

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii


    By /s/ Beverly Wee Sameshima
      BEVERLY WEE SAMESHIMA
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

JOSEPH VODNOY, ESQ.   jvonoy@vodnoylaw.com   February 14, 2007

Mainland Counsel for
Defendant BASHO ELLIOT

Served by First Class Mail:

MICHAEL GREEN, ESQ.                          February 14, 2007
345 Queen Street, 2nd Floor
Honolulu, HI  96813

Local Counsel for
Defendant BASHO ELLIOT

DATED:  February 14, 2007, at Honolulu, Hawaii.

/s/ Shelli Ann H. Mizukami