

# U.S. Department of Justice

United States Attorney
District of Hawaii

PJKK Federal Building
300 Ala Moana Blvd.., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

April 2, 2004

VIA FAX

Honorable Susan Oki Mollway
United States District Court Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Philip H. Lowenthal, Esq. (Fax 808-242-1500)
Richard Gordon, Esq.
33 North Market Street, Suite 101
Wailuku, Hawaii 96793

      Re:  United States v. Basho Elliot
           Cr. No. 03-00244 SOM

Dear Judge Mollway and Counsel:

      Pursuant to the Court's final pretrial order, the following expert disclosure is made with respect to the testimony of Special Agent Lawson:

      Agent Lawson will testify that the 2003 grams of cocaine which were recovered in this case constitute a distribution quantity. He will also testify that the street value of cocaine in May 2003 on the island of Maui was between $22,000 to $24,000 per kilogram. Agent Lawson will also testify that the cocaine could have been further broken down into ounce quantities for distribution and sold for $1,000 per ounce or approximately $70,000 for two kilograms.

                           Very truly yours,

                           EDWARD H. KUBO, JR.
                         United States Attorney
                         District of Hawaii

                      By
                         BEVERLY WEE SAMESHIMA
                         Assistant U.S. Attorney

# EXHIBIT "A"