EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BASHO ELLIOT,    (01) | ) | DATE: February 27, 2007 |
| aka "Bosch Elliot" | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: Susan Oki Mollway |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER

The United States of America and Defendant, Basho Elliot, by and through their respective counsel enter into the following stipulations:

1. Exhibits 21a-e are true and correct copies of the records of FedEx. Exhibits 21a-e are business records of FedEx prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the

documents.  Exhibits 21a-e are kept in the course of FedEx's regularly conducted business activity and it is the regular practice of FedEx to keep such records.

      2.   Exhibit 45 is a true and correct copy of a FedEx airbill label and is a business record of FedEx.  Exhibit 45 was prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the document.  Exhibit 45 is kept in the course of FedEx's regularly conducted business activity and it is the regular practice of FedEx to keep such a record.

      3.   Exhibit 46 is a true and correct copy of a FedEx airbill label and is a business record of FedEx.  Exhibit 46 was prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the document.  Exhibit 46 is kept in the course of FedEx's regularly conducted business activity and it is the regular practice of FedEx to keep such a record.

      4.   Exhibit 47 is a true and correct copy of a FedEx airbill label and is a business record of FedEx.  Exhibit 47 was prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the document.  Exhibit 47 is kept in the course of FedEx's regularly conducted business activity and it is the regular practice of FedEx to keep such a record.

5.   Exhibit 48 is a true and correct copy of a FedEx airbill label and is a business record of FedEx.  Exhibit 48 was prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the document.  Exhibit 48 is kept in the course of FedEx's regularly conducted business activity and it is the regular practice of FedEx to keep such a record.

6.   Exhibit 44 (batestamp nos. 1-52) are true and correct copies of the telephone records of AT&T Wireless for cellular number (808)283-7783, under subscriber name, Basho Elliot, for the period February 9, 2003 through May 9, 2003. Exhibit 44 is a business record of AT&T Wireless, prepared at or near the time by, or from information transmitted by, a person with knowledge of the occurrence of the matters set forth in the documents.  Exhibit 44 was kept in the course of AT&T Wireless' regularly conducted business activity and it is the regular practice of AT&T Wireless to keep such records.

7.   Exhibit 53 (batestamp nos. 1-14) are true and correct copies of telephone records of AT&T Wireless for cellular number, (818)207-2901, under subscriber name, Michelle Alvarez, for the period April 15, 2003 through May 6, 2003. Exhibit 53 is a business record of AT&T Wireless, prepared at or near the time by, or from information transmitted by, a person with knowledge of the occurrence of the matters set forth in the documents.

Exhibit 53 was kept in the course of AT&T Wireless' regularly conducted business activity and it is the regular practice of AT&T Wireless to keep such records.

DATED:  February 14, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Beverly Wee Sameshima
  BEVERLY WEE SAMESHIMA
  Assistant U.S. Attorney

  Attorney for Plaintiff
  UNITED STATES OF AMERICA


  /s/ Joseph T. Vodnoy
  JOSEPH VODNOY, ESQ.
  MICHAEL JAY GREEN, ESQ.

  Attorneys for Defendant
  BASHO ELLIOT


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; February 15, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. Basho Elliot; Cr. No. 03-00244 SOM; "Stipulation and Order"