```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,     )   CR. NO. 03-00244-01 SOM
                              )
              Plaintiff,      )   DECLARATION OF BEVERLY
                              )   WEE SAMESHIMA
      vs.                     )
                              )
BASHO ELLIOT,      (01)       )
   aka "Bosch Elliot,"        )
                              )
              Defendant.      )
                              )
                              )
_____)
```

                    DECLARATION OF BEVERLY WEE SAMESHIMA

I, Beverly Wee Sameshima, hereby state:

1.   I am an Assistant U.S. Attorney for the District of Hawaii and responsible for representing the United States of America in this case.

2.   After the first trial, a grand jury investigation was initiated.  As part of the investigation, Frankie Vargas was subpoenaed to testify before the grand jury.  One of the officers who served the subpoena located Vargas at a residence in North Hollywood on December 3, 2004.  When Vargas answered the door, the officers identified themself and Vargas told them: "I heard you guys might be coming.  If you don't mind I'm going to refer you guys to my attorney, Richard Gordon."  According to the officers, Vargas then refused to be interviewed and told them that "it would be better if you contact my attorney."  Vargas was then served with the subpoena and he tried to avoid service.

Vargas told the officers that he didn't really want to take it and asked what he should do. He was advised that he had been served and was compelled to appear.

    3. On the morning of January 26, 2005, the date of Vargas' appearance before the grand jury, I received a call from Pamela O'Leary Tower advising me that she represented Vargas in connection with his appearance. When I sought further information about her representation including the parameters of that representation, none was forthcoming at that time.

    4. Ms. O'Leary Tower appeared with Vargas, along with another unidentified Hispanic male who maintained close contact with Vargas in the grand jury witness room. While in the grand jury room, Vargas provided his name but refused to respond to a question concerning his address and all other questions posed him, asserting his Fifth Amendment right. When asked whether he had an attorney representing him in connection with the proceeding, Vargas again asserted the Fifth Amendment. Vargas then asked to consult with his attorney. Vargas exited the room at this time to consult with Ms. O'Leary Tower. When he resumed his testimony, he identified Ms. Tower as his attorney. Thereafter, Vargas continued his refusal to respond to any questions, including a question about whether he testified at the trial of Basho Elliot in May of 2004. Vargas asserted that he would refuse to answer any questions relating to Basho Elliot,

Richard Gordon, Michelle Alvarez and others involved in the trial. The session ended at that point.

    5. After Vargas' testimony, I wrote Ms. O'Leary Tower a letter requesting information regarding the extent of her representation. I received a response from her in which she advised that she and "Earle Partington will continue to represent Mr. Vargas throughout the grand jury investigation." Since receiving Ms. O'Leary Tower's letter in January, 2005, I have had no contact with her concerning Frankie Vargas.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2007, at Honolulu, Hawaii.

/s/ Beverly Wee Sameshima
BEVERLY WEE SAMESHIMA