EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Organized Crime/Drug Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244  SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| BASHO ELLIOT, | ) | |
|   aka "BOSCH ELLIOT," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | TRIAL DATE: February 27, 2007 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Susan Oki Mollway |

<u>GOVERNMENT'S EXHIBIT LIST</u>

  The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter.

  DATED:  February 20, 2007, at Honolulu, Hawaii.

         Respectfully submitted,

         EDWARD H. KUBO, JR.
         United States Attorney
         District of Hawaii


         By <u>/s/ Beverly Wee Sameshima</u>
          BEVERLY WEE SAMESHIMA
          Assistant U.S. Attorney

## United States v. Basho Elliot
### Criminal No. 03-00244 SOM

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1a | Cocaine | | |
| 1b | Cocaine | | |
| 2a | Large brown parcel | | |
| 2b | Green canvas bag | | |
| 2c | Medium brown parcel | | |
| 2d | Green tarp bag | | |
| 2e | 6 white poles, instruction booklet and packing material | | |
| 2f | Smallest brown parcel | | |
| 3a | Photo of parcel (upright) | | |
| 3b | Photo of parcel (side) | | |
| 3c | Photo of parcel (opened) | | |
| 3d | Photo of Federal Express airbill | | |
| 3e | Copy of original airbill | | |
| 4a | Photo of green canvas bag (top view) | | |
| 4b | Photo of green canvas bag (removed from box) | | |
| 5 | Photo of cocaine and bag | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 6 | Photo of cocaine and ruler | | |
| 7 | Diagram | | |
| 8 | Photo of workshop (exterior) | | |
| 9 | Photo of workshop (interior) | | |
| 10 | Original Federal Express airbill | | |
| 11 | Photo of airbill recovery | | |
| 12 | Razor blade | | |
| 12a | Photo of razor blade | | |
| 13 | Written consent to search (Liane Curtiss) | | |
| 14 | Photo of safe | | |
| 15 | Photo of monies | | |
| 16 | Photo of closet | | |
| 17 | Written consent to search 116 Kapunakea Street | | |
| 18 | Written consent to search vehicle (Meston truck) | | |
| 20 | Photo of Meston house | | |

| **EXHIBIT** | **DESCRIPTION** | **IDENT.** | **IN EVID.** |
|---|---|---|---|
| 21 a-e | Federal Express records<br>1) 10/25/02<br>2) 02/20/03<br>3) 03/06/03<br>4) 03/28/03<br>5) 05/01/03 | | |
| 22a | First Hawaiian Bank Statement (2 pages) Jan.-Feb. 2003 | | |
| 22b | Dec. 2002-Jan. 2003 | | |
| 23 | Passport | | |
| 24 | Nokia cellphone and charger (office) | | |
| 25 | Nissan sales documents | | |
| 26 | Countrywide Mortgage home loan statement dated 04/23/03 | | |
| 27 a-d | Money orders dated 3/18/03 (3) and receipt | | |
| 28 | Nokia cell (shaping room) | | |
| 29 | Federal Express signature record | | |
| 30a | 2002 tax returns for Basho Elliot | | |
| 30b | 2002 tax returns for Liane Curtiss | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 31 | New City Nissan checks (2) for $4000 and $9000, 04/15/03 | | |
| 32 a-c | Money orders dated 4/21/03 (3) Countrywide | | |
| 33 | First Hawaiian Bank statement dated January-March 2003 (Basho Elliot) | | |
| 34 | Liane Curtiss' First Hawaiian Bank statement dated March-April 2003 | | |
| 36a 36b | 2002 Countrywide Forms 1098 | | |
| 37 | Providian interest income statement 2002 | | |
| 38 a-c | Tiffany documents | | |
| 39 | Handwritten statement | | |
| 41 | John Meston's driver's license | | |
| 42 | Sales contract for boat | | |
| 43a 43b | Savings passbooks | | |
| 44 | Telephone subscriber information | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 45 | Federal Express label dated 10/25/02 | | |
| 46 | Federal Express label dated 03/06/03 | | |
| 47 | Federal Express label dated 03/28/03 | | |
| 48 | Federal Express label dated 05/01/03 | | |
| 49 | First Hawaiian Bank records for Arens | | |
| 50 | Meston Quitclaim Deed | | |
| 51 | Summary Chart | | |
| 52 | | | |
| 53 | AT&T records (1-25) | | |
| 54 | Stipulation and Order filed February 15, 2007 | | |
| | | | |
| | | | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

JOSEPH VODNOY, ESQ.    jvodnoy@vodnoylaw.com    February 23, 2007

Mainland Counsel for
Defendant BASHO ELLIOT

<u>Served by First Class Mail</u>:

MICHAEL JAY GREEN, ESQ.    February 23, 2007
345 Queen Street, 2nd Floor
Honolulu, HI  96813

Local Counsel for
Defendant BASHO ELLIOT

DATED:  February 23, 2007, at Honolulu, Hawaii.

/s/ Dawn M. Aihara