# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Russell Woodward (HPD) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy<br>01 Michael Green (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/23/2007 | TIME: | 9:10 - 10:00<br>10:05 - 11:15 |

COURT ACTION:  EP:

[211] Defendant's Motion in Limine Concerning the Use of Evidence of Defendant's Statements Supressed Under Miranda

[89] Defendant's Motion in Limine to Exclude the Expert Testimony of Gerald Lawson

[90] Defendant's Motion in Limine to Exclude 404(b) Evidence

[87] Government's Motion in Limine to Limit the Nature of the Testimony the Number of Defendant's Character Witnesses

[93] Government's Motion in Limine to Exclude Testimony of Frank Panessa

[114] Government's Motion in Limine to Exclude Defense Exhibits

[223] Motion to Allow Defendant's Counsel to Appear Without Local Counsel Being Present

[233] USA's Motion re:  Frankie Vargas' Testimony

Pretrial Conference -

Defendant (01) Basho Elliot present.

Arguments.

[223] Motion to Allow Defendant's Counsel to Appear Without Local Counsel Being Present - no opposition - Granted. Mr. Green is excused from this hearing.

[87] Government's Motion in Limine to Limit the Nature of the Testimony the Number of Defendant's Character Witnesses - Denied as moot as defense will not call character witnesses.

[93] Government's Motion in Limine to Exclude Testimony of Frank Panessa - to the extent the motion seeks to exclude rebuttal by Mr. Panessa of Mr. Lawson's expert testimony, the motion is denied. To the extent it seeks to exclude Mr. Panessa's testimony about the alleged insufficiency of the government's investigation of Mr. Meston, the motion is granted. This order relies on Richard Gordon's letter to the court dated 4/2/04. Items 1 and 2 are allowed. Item 3 is not allowed unless the government is allowed to respond with evidence of otherwise excluded statements by the defendant. Item 4 is not allowed unless the defendant first presents an appropriate foundation. Item 5 is not allowed. As to Item 6, the first 2 sentences are not allowed unless the government is given permission to respond by putting on evidence of otherwise excluded statements by the defendant. The last sentence of item 6 is allowed, as it goes to the weight, not the admissibility, of evidence. Item 7 is allowed if a foundation is laid that Mr. Panessa has expertise in this area. Item 8 is not allowed unless the government is given permission to respond by presenting evidence of otherwise excluded statements by the defendant. Item 9 is withdrawn. Item 10 is not allowed unless the government is given permission to respond by presenting evidence of otherwise excluded statements by the defendant. Item 11 is allowed.

[211] Defendant's Motion in Limine Concerning the Use of Evidence of Defendant's Statements Supressed Under Miranda - this motion is denied, except that the Court will allow the defendant to ask whether Mr. Meston's house was searched, and whether the search thorough.

[233] USA's Motion re: Frankie Vargas' Testimony - Pamela Tower, previous counsel, contacted and questioned by the Court. Ms. Tower informed the Court that she has not had any contact with Mr. Vargas. Court will conditionally appoint counsel for Mr. Vargas - objection by the defendant on the ground that Mr. Vargas may become too concerned to testify. Defendant reports that Mr. Vargas has said he will testify at trial.

CRM to notify counsel who is appointed to represent Mr. Vargas.

[89] Defendant's Motion in Limine to Exclude the Expert Testimony of Gerald Lawson - withdrawn.

[90] Defendant's Motion in Limine to Exclude 404(b) Evidence - Granted in part and denied in part. There will be no 404(b) evidence in the case in chief, but the court does not bar (and does not permit) use of 404(b) evidence in cross-examination of defense witnesses. The matter may be raised during trial through evidentiary objections.

[114] Government's Motion in Limine to Exclude Defense Exhibits - continued to 2/27/07 @ 9:00 a.m.

Pretrial Conference -

Mr. Woodward's trial testimony may be split into two sections.

Mr. Vodnoy requests modification of bail conditions to allow the defendant to have contact with Mr. Vargas - after Mr. Vargas consults with his newly appointed counsel and arrives in Honolulu, contact with the defendant is allowed.

Submitted by: Toni Fujinaga, Courtroom Manager.