# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00244SOM

CASE NAME:        USA vs. (01) Basho Elliot

ATTYS FOR PLA:    Beverly Wee Sameshima
                  Russell Woodward (HPD)

ATTYS FOR DEFT:   01 Joseph Vodnoy

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/27/2007 | TIME: | 8:50 - 9:35<br>9:55 - 11:55<br>1:20 - 3:50 |

COURT ACTION:  EP: Status Conference -

Defendant (01) Basho Elliot present.

William Domingo, counsel for witness Frankie Vargas, informed the Court that Mr. Vargas was not subpoenaed, and if subpoenaed, would invoke his 5th amendment right.

Defendant's oral motion to dismiss based on alleged government's misconduct - Denied.

Defendant's oral motion to allow Frankie Vargas' trial testimony to be read to the jury due to his unavailability - Denied.

William Domingo excused.

9:55 a.m. - 73 Prospective Jurors present.

3:40 p.m. Jurors excused and instructed to return tomorrow @ 9:00 a.m.

Jury Clerk instructed to call in 10 additional jurors.

Further Jury Selection continued to 2/28/07 @ 9:00 a.m.

Submitted by: Toni Fujinaga, Courtroom Manager.