# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Russell Woodward (HPD) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/28/2007 | TIME: | 9:30 - 11:30<br>1:05 - 4:30 |

COURT ACTION:  EP: Further Jury Selection/Trial -

Defendant (01) Basho Elliot present.

44 Prospective Jurors present.

A panel of 12 Jurors and 2 Alternates selected.

No objection to the manner in which this panel was selected, nor to the makeup of this panel.

Court preliminarily instructs the Jurors.

Opening statements by the parties.

Government's Witness: Frank Herbert CST.

Government's Admitted Exhibits: 2a - 2f, 3a - 3e.

Court questions Juror No. 7 out of the presence of the Jurors - no objection to this Juror.

Additional Government's Witnesses: Frank Herbert (resumed); Russell Woodward CST;

and Kendall Eskew CST.

Additional Government's Admitted Exhibits: 4a, 4b, 5, 6, 28, 17, 18, 41, 42, 43a, 43b, 24, 21 a - e, 45, 46, 47, and 48.

Further Jury Trial continued to 3/1/07 @ 9:00 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.