# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/1/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Russell Woodward (HPD) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/1/2007 | TIME: | 9:00 - 11:25<br>1:05 - 4:30 |

COURT ACTION:  EP: Further Jury Trial - 2nd Day -

Defendant (01) Basho Elliot present.

Discussion held re: witness Frankie Vargas.

9:10 a.m. - Jurors present.

Government's Witnesses: Damien Mendiola CST; Dean Kirby (expert in forensic chemistry); Tanya Tano CST; Richard Jones CST; Joanne Kealiinohomoku CST; Gerald Lawson CST; and John Meston CST.

Government's Admitted Exhibits: 20, 29, 1a, 1b, 11, 9, 12a, 12, 55, 56, 10, 8, 13, 14, 23, 25, 26, 27a-d, 30a, 30b, 31, 32a - c, 33, 34, 36a, 36b, 37, 38a - c, 40, 44, 53.

3:55 p.m. - Jurors excused.

William Domingo, counsel for witness Frankie Vargas, present.

Mr. Domingo informed the Court that Mr. Vargas will not answer any questions relevant to this case, and will invoke his 5th amendment right.

Discussion held.

Mr. Domingo to contact Pamela Tower, former counsel for Mr. Vargas, and make a representation to the Court tomorrow - no objection by the parties.

Mr. Domingo to inform Mr. Vargas to be present tomorrow @ 3:00 p.m.

Further Jury Trial continued to 3/2/07 @ 9:00 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.