# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Russell Woodward (HPD) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/2/2007 | TIME: | 9:10 - 11:30<br>1:00 - 3:25 |

COURT ACTION:  EP: Further Jury Trial - 3rd Day -

Defendant (01) Basho Elliot present.

Government's Witnesses: John Meston (resumed); and Russell Woodward (resumed).

Government's Admitted Exhibits: 39.

2:46 p.m. - Government rests.

Jurors excused.

Settling of Jury instructions set for 3/5/07 @ 1:30 p.m. in chambers.

Defendant's witness Frankie Vargas, present with counsel William Domingo, sworn.

Mr. Vargas invoked his 5th amendment right.

Defendant's oral motion to dismiss - Denied.

Discussion held re: whether or not Mr. Vargas' former testimony should be read to the jury.

Briefs to be filed by 12:00 p.m. 3/5/07.

Further Jury Trial continued to 3/6/07 @ 9:00 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.