# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/5/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00244SOM

CASE NAME:        USA vs. (01) Basho Elliot

ATTYS FOR PLA:    Beverly Wee Sameshima

ATTYS FOR DEFT:   01 Joseph Vodnoy

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:   No Record

DATE:    3/5/2007                 TIME:       1:30 - 2:30

COURT ACTION:  EP: Settling of jury instructions -

Defendant (01) Basho Elliot not present, and his presence is waived.

Jury instructions to be placed on the record 3/6/07 @ 8:30 a.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.