JOSEPH T. VODNOY
Attorney at Law
California Bar No. 031147
316 West Second St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 893-7500
Fax: (213) 489-4700

Attorneys for Defendant
BASHO ELLIOT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03-00244(1)SOM |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | Date: February 27, 2007 |
| BASHO ELLIOT, ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Susan Oki Mollway |

IT IS HEREBY STIPULATED between the government through its counsel Assistant United States Attorney Beverly Wee Sameshima and the defendant, Basho Elliot, through his counsel Joseph T. Vodnoy that:

1.  Exhibit 112 (checks drawn from Odette Heesy's bank account) are true and correct documents from Bank of America. Exhibit 112 are business records of Bank of America prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the documents. Exhibit 112 are kept in the course of Bank

1

of America's regularly conducted business activity and it is the regular practice of Bank of America to keep such records.

2. Exhibit 113 (cash withdrawal slips from Odette Heesy's bank account) are true and correct documents from Bank of America. Exhibit 113 are business records of Bank of America prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the documents. Exhibit 113 are kept in the course of Bank of America's regularly conducted business activity and it is the regular practice of Bank of America to keep such records.

3. Exhibit 114 (statements from Michael Elliot's bank account) are true and correct documents from Calfed Bank. Exhibit 114 are business records of Calfed Bank prepared at or near the time by, or from information transmitted by, a person with knowledge of the matters set forth in the documents. Exhibit 114 are kept in the course of Calfed's regularly conducted business activity and it is the regular practice of Calfed Bank to keep such records.

Dated: February 13, 2007

JOSEPH T. VODNOY
Attorney for Defendant
BASHO ELLIOT

Dated: 3-6-07

BEVERLY WEE SAMESHIMA
Attorney for Plaintiff
UNITED STATES OF AMERICA

Approved + Ordered

Susan Oki Mollway
U.S. District Judge

2