# MINUTES

                                                  FILED IN THE
                                      UNITED STATES DISTRICT COURT
                                          DISTRICT OF HAWAII

                                              3/7/2007  4:30 pm

                                                  SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima (by phone) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway (by phone) | REPORTER: | No Record |
| DATE: | 3/7/2007 | TIME: | 9:20 - 9:40<br>11:15 - 11:30 |

COURT ACTION:   EP: Telephone Conference -

Court informed the parties of the situation at the courthouse.

Discussion held re: scheduling, available courtrooms, Jurors, and witnesses.

CRM to contact the parties later to update them as to the status of the courthouse.

Discussion held re: witness Michelle Alvarez.

A conference will be held @ 11:00 a.m. today at the U.S. Attorney's Office.

Michelle Alvarez to be present.

11:15 a.m. - Beverly Wee Sameshima AUSA, Officer Russell Woodward, and Defense counsel Joseph Vodnoy present.

Defendant (01) Basho Elliot not present, and his presence is waived.

Michelle Alvarez present with counsel Richard Pafundi.

Hearing held re: invocation of 5th Amendment by witness Michelle Alvarez.

Parties consent to judge's giving of oath and recording of proceedings using a tape recorder.

Michelle Alvarez sworn to financial affidavit - granted.

Mr. Pafundi appointed to represent Ms. Alvarez.

Michelle Alvarez sworn and invoked the 5th Amendment in response to questions by AUSA.

Court takes custody of the financial affidavit and cassette tape.

Submitted by: Toni Fujinaga, Courtroom Manager.