# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/8/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 03-00244SOM

CASE NAME:      USA vs. (01) Basho Elliot

ATTYS FOR PLA:  Beverly Wee Sameshima
                Russell Woodward (HPD)

ATTYS FOR DEFT: 01 Joseph Vodnoy

INTERPRETER:

---

JUDGE:    Susan Oki Mollway       REPORTER:  Debra Chun

DATE:     3/8/2007                TIME:      10:00 - 12:50
                                             2:30 - 3:50

---

COURT ACTION:  EP: Further Jury Trial - 5th Day -

These proceedings were held at the US Bankruptcy Court.

Defendant (01) Basho Elliot present.

Previous testimony of Frankie Vargas, defendant's witness, was read to the Jury by Clifford Mau, who was sworn.

Defendant's Witnesses: Frank Panessa CST; Russell Woodward (resumed); Michael Elliot CST; and Liane Elliot CST.

Defendant Admitted Exhibits: 131, 126, 112, 113, 114, and 132.

Government's Admitted Exhibit: 58.

3:00 p.m. - Government rests.

Government's Rebuttal Witnesses: Candace Takahash CST; Richard Jones (resumed); and Randall David CST.

Additional Government's Admitted Exhibit: 59.

Government rests.

Evidence is closed.

3:40 p.m. - Jurors excused.

Estimate of closing arguments - Government - 1 hour total; Defendant 90 minutes.

Tomorrow, Court to instruct Jurors first, then parties to present closing arguments.

Further Jury Trial is continued to 3/9/07 @ 9:00 a.m.

Submitted by: Toni Fujinaga, Courtroom Manager.