# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00244SOM |
| CASE NAME: | USA vs. (01) Basho Elliot |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Russell Woodward (HPD) |
| ATTYS FOR DEFT: | 01 Joseph Vodnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/9/2007 | TIME: | 9:30 - 12:35 |

COURT ACTION:  EP: Further Jury Trial - 6th Day -

These proceeding were held at the US Bankruptcy Court.

Defendant (01) Basho Elliot present.

Court instructs the Jurors.

No objection to the manner or order in which the instructions were read.

Closing arguments by the parties.

Court conditionally excuses the 2 Alternate Jurors, and instructs them not to speak about this case.

Bailiff Herb Terry sworn.

(12:15 p.m. ) Jurors begin their deliberation.

Further Jury Deliberation continued to 3/12/07 @ 9:00 a.m.

Submitted by: Toni Fujinaga, Courtroom Manager.