IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| Plaintiff, | ) | |
| | ) | VERDICT FORM |
| vs. | ) | |
| BASHO ELLIOT, | ) | |
| Defendant. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 2 2007

at 10 o'clock and 32 min. A M
SUE BEITIA, CLERK

<u>VERDICT FORM</u>

We the jury, find the Defendant, BASHO ELLIOT,

As to Count 1:

\_\_\_\_\_ NOT GUILTY   \_\_X\_\_ GUILTY

If a guilty verdict is returned as to this count, please indicate the amount that the Defendant is legally responsible for of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers:

\_\_X\_\_  (1) 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers

\_\_\_\_\_  (2) less than 500 grams of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.



As to Count 2:

\_\_\_\_\_ NOT GUILTY   \_\_X\_\_ GUILTY

If a guilty verdict is returned as to this count, please indicate the amount involved in a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers:

\_\_X\_\_   (1) 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers

\_\_\_\_\_   (2) less than 500 grams of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

DATED: March 12, 2007, at Honolulu, Hawaii.

/s/ Foreperson
_____
FOREPERSON