ORIGINAL

*Defendants Exhibit List*

3/12/2007

CR03-00244 SOM
USA vs (1) Bushe
Elliot

# EXHIBIT LIST

1c 1. U.S. Dept of Justice Report Of Drug Property dated May 12, 2003;

1o 2. FEDEX Records on deliveries to 116 Kapunakea St. Lahaina, Hi. ;

1o 3. 12 Pictures taken by the government on or about May 6, 2003;

1o 4. 10 page U.S. Dept of Justice DEA Report Of Investigation dated May 28, 2003;

1o 5. Search Warrant issued on May 5, 2003;

1o 6. Consent To Search 116 Kapunakea St. dated May 6, 2003;

1o 7. Consent To Search 145 Kaniau Rd. dated May 6, 2003;

1o 8. Application For Anticipatory Search Warrant;

1o 9. Affadavit of Jack Wright dated May 6, 2003;

1 10. December 8, 2003 letter from AUSA Hassell to Philip Lowenthal;

1 11. December, 2002 Merrill Lynch account statement for Barbara Arens;

(12.) 10 Bank of America checks drawn on the account of Odette M. Heesy; m. Elliot 3/8/07

(13.) 7 Bank of America withdrawal slips; m. Elliot 3/8/07

(14.) 2 account statements; m. Elliot  3/8/07

1 15. Miranda Advisement dated May 6, 2003;

1 16. Statement of John T. Meston dated May 6, 2003;

1 17. Memorandum of Plea Agreement October 3, 2003;

1 18. FEDEX address label dated May 1, 2003; and

1 19. Numerous documents to be used for impeachment and/or rehabilitation of witnesses.

120. WOODWARD GRAND JURY TESTIMONY + WRITTEN REPORTS

121- 4/3/97 Deed

122. Complaint for Feiture    (see...)

256

ORIGINAL

Malony document

- (126) check to Tiffany's — M. Elliot — 3/8/07
- 127
- 128
- 129
- 130
- (131) — F. Paressa — 3/8/07
- (132) Copies of checks — M. Elliot — 3/8/07