**ORIGINAL**

3/12/2007

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Organized Crime/Drug Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S AMENDED EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| BASHO ELLIOT, aka "BOSCH ELLIOT," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | TRIAL DATE: February 27, 2007 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Susan Oki Mollway |

257

## GOVERNMENT'S AMENDED EXHIBIT LIST

The Government hereby submits its amended exhibit list, attached hereto, in the above-captioned matter.

DATED: February 26, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

Gov't's

United States v. Basho Elliot
Criminal No. 03-00244 SOM

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1a | Cocaine    R. Woodward / D. Kirby | | 3/1 |
| 1b | Cocaine | | |
| 2a | Large brown parcel  F. Hernandez | | 2/28 |
| 2b | Green canvas bag | | |
| 2c | Medium brown parcel | | |
| 2d | Green tarp bag | | |
| 2e | 6 white poles, instruction booklet and packing material | | |
| 2f | Smallest brown parcel | | |
| 3a | Photo of parcel (upright) | | " |
| 3b | Photo of parcel (side)  Hernandez | | |
| 3c | Photo of parcel (opened) | | |
| 3d | Photo of Federal Express airbill   F. Hernandez | | " |
| 3e | Copy of original airbill  " | | " |
| 4a | Photo of green canvas bag (top view) | R. Woodward | 2/28 |
| 4b | Photo of green canvas bag (removed from box) | " | " |
| 5 | Photo of cocaine and bag | " | " |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 6 | Photo of cocaine and ruler | R. Woodward | 2/28 |
| 7 | Diagram | R. Jones | |
| 8 | Photo of workshop (exterior) | R. Jones | 3/1 |
| 9 | Photo of workshop (interior) | T. Tano | 3/1 |
| 10 | Original Federal Express airbill | T. Tano | 3/1 |
| 11 | Photo of airbill recovery | T. Tano | 3/1 |
| 12 | Razor blade | T. Tano | 3/1 |
| 12a | Photo of razor blade | " | 3/1 |
| 13 | Written consent to search (Liane Curtiss) | R. Jones | 3/1 |
| 14 | Photo of safe | " | 3/1 |
| 15 | Photo of monies | | |
| 17 | Written consent to search 116 Kapunakea Street | R. Woodward | 2/28 |
| 18 | Written consent to search vehicle (Meston truck) | " | 4 |
| 20 | Photo of Meston house | D. Mendiola | 3/1 |

3

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 21 a-e | Federal Express records<br>1) 10/25/02<br>2) 02/20/03<br>3) 03/06/03<br>4) 03/28/03<br>5) 05/01/03<br>K. ESKEW | | 2/28 |
| 23 | Passport<br>R. Jones | | 3/1 |
| 24 | Nokia cellphone and charger (office) | R Woodward | 2/28 |
| 25 | Nissan sales documents<br>R. Jones | | 3/1 |
| 26 | Countrywide Mortgage home loan statement dated 04/23/03<br>R. Jones | | 3/1 |
| 27 a-d | Money orders dated 3/18/03 (3) and receipt<br>R. Jones | | 3/1 |
| 28 | Nokia cell (shaping room) | R Woodward | 2/28 |
| 29 | Federal Express signature record | D Mendiola | 3/1 |
| 30a | 2002 tax returns for Basho Elliot<br>R Jones | | 3/1 |
| 30b | 2002 tax returns for Lianel Curtiss | | |
| 31 | New City Nissan checks (2) for $4000 and $9000, 04/15/03<br>R. Jones | | 3/1 |
| 32 a-c | Money orders dated 4/21/03 (3) Countrywide<br>R. Jones | | 3/1 |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 33 | First Hawaiian Bank statement dated January-March 2003 (Basho Elliot) R.Jones | | 3/1 |
| 34 | Liane Curtiss' First Hawaiian Bank statement dated March-April 2003 " | | 3/1 |
| 36a 36b | 2002 Countrywide Forms 1098 " | | 3/1 |
| 37 | Providian interest income statement 2002 " | | 3/1 |
| 38 a-c | Tiffany documents " | | 3/1 |
| 39 | Handwritten statement J.Meston | | 3/2 |
| 40 | 2001 tax returns for Liane Curtiss R.Jones | | 3/1 |
| 41 | John Meston's driver's license R.Woodward | | 2/28 |
| 42 | Sales contract for boat " | | " |
| 43a 43b | Savings passbooks " | | " |
| 44 | Telephone subscriber information J.K. | | 3/1 |
| 45 | Federal Express label dated 10/25/02 K.Brown | | 2/28 |
| 46 | Federal Express label " dated 03/06/03 | | 2/28 |

5

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 47 | Federal Express label dated 03/28/03  K. Brown | | 2/28 |
| 48 | Federal Express label dated 05/01/03  " | | " |
| 49 | First Hawaiian Bank records for Arens | | |
| 50 | Meston Quitclaim Deed | | |
| 51 | Summary Chart | 3/2/07 | |
| 52 | | | |
| 53 | AT&T records (1-25) | | 7/1 |
| 54 | Stipulation and Order filed February 15, 2007 | | |
| 55 | photo of truck  T.Tano | | 3/1 |
| 56 | photo of truck  " | | 3/1 |
| 57 | check  F.Panessa | | |
| 58 | Bank of America Records  m.Elliot | | 3/8/07 |
| 59 | Escrow docs  C Takanashi | | 3/8/07 |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by hand-delivery:

JOSEPH VODNOY, ESQ.

Attorney for Defendant
BASHO ELLIOT

DATED: February 26, 2007, at Honolulu, Hawaii.

_____