# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 03-00244SOM

CASE NAME:    USA vs.  (01) Basho Elliot

ATTYS FOR PLA:    Beverly Wee Sameshima
Russell Woodward (HPD)

ATTYS FOR DEFT:    01 Joseph Vodnoy

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:    3/6/2007        TIME:    8:40 - 10:25

COURT ACTION:  EP: Further Jury Trial - 4th Day -

Defendant (01) Basho Elliot present.

Jury instructions placed on the record.

Discussion held re: Frankie Vargas - Court to allow Mr. Vargas' testimony from the previous trial to be read to the jury - no objection.

Defendant's Rule 29 Motion - Denied.

Discussion held re: form of the Indictment and Verdict form - parties to meet and discuss.

Defendant's Motion for a Mistrial - Denied.

10:15 a.m. - Jurors present.

Court informs everyone that the Courthouse is closed due to flooding.

Jury Clerk to notify the Jurors when court will resume.

Jurors excused.

Submitted by: Toni Fujinaga, Courtroom Manager.