# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00244SOM

CASE NAME: USA vs. (01) Basho Elliot

ATTYS FOR PLA: Beverly Wee Sameshima
Russell Woodward (HPD)

ATTYS FOR DEFT: 01 Michael Green for Joseph Vodnoy

INTERPRETER:

JUDGE: Susan Oki Mollway    REPORTER: Debra Chun

DATE: 3/12/2007    TIME: 10:25 - 10:40

COURT ACTION: EP: Further Jury Deliberation -

Jurors continue their deliberation.

9:55 a.m. - Jurors have reached a verdict.

10:25 a.m. - Defendant (01) Basho Elliot present.

Mr. Green, local counsel, present in place of Mr. Vodnoy, who is currently in transit.

Jurors present, and inform the Court that they have reached a verdict.

Verdict is published - Guilty as to Counts 1 and 2.

Jurors polled, and the verdict is unanimous.

Jurors released.

Referred for presentence investigation, and sentencing is set for 6/25/07 @ 1:30 p.m. SOM.

Government's motion to detain - Granted.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.