

# CHAMBERS OF JUDGE SUSAN OKI MOLLWAY
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

| | |
|---|---|
| DATE: | March 2, 2007 |
| TO: | William Domingo **FAX: 585-9912** |
| | Joseph Vodnoy (c/o Michael Green) **FAX: 566-0347** |
| FROM: | Joni Gross, secretary to Judge Susan Oki Mollway |
| PAGES: | __3__ including this page |
| RE: | USA v. Basho Elliott; Cr. 03-00244 SOM |
| SENDING: | Order Regarding Briefing on Unavailability of Witness |
| COMMENTS: | For your information. |

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
MULTI  COMMUNICATION  REPORT              MAR-02-2007 05:01 PM FRI


                                          FAX NUMBER   :  808 541 1724
                                          NAME         :  US DISTRICT COURT


                                          REF. NAME    :
                                          PAGES        :  3



    1. SUCCESSFUL

                    FAX NUMBER                          NAME
         _____   _____

              95859912
              95660347


    2. UNSUCCESSFUL

                    FAX NUMBER                          NAME
         _____   _____




    3. MULTI COMMUNICATION JOURNAL

 NO.         NAME/NUMBER          START TIME    TIME      MODE     PAGE      RESULTS
 ___   _____   _____  _____  _____  _____  _____
 894   95859912                  03-02 05:00PM  00'20"  ECM BC    003/003   [ O.K ]
 894   95660347                  03-02 05:01PM  00'20"  ECM BC    003/003   [ O.K ]
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00244 SOM/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING BRIEFING ON |
| vs. | ) | UNAVAILABILITY OF WITNESS |
| | ) | |
| BASHO ELLIOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER REGARDING BRIEFING ON UNAVAILABILITY OF WITNESS

  At a hearing earlier today, Francisco Vargas asserted his Fifth Amendment rights. Defendant Basho Elliot then orally moved to be allowed to use Vargas's testimony from the previous trial, asserting that Vargas became legally unavailable under Rule 804 of the Federal Rules of Evidence when Vargas asserted his Fifth Amendment rights and refused to testify in the present trial.

  The court has requested briefing by noon, March 5, 2007, on Elliot's oral motion as to whether Elliot should be allowed to use Vargas' prior testimony in this proceeding. The court invites (but certainly does not require) Vargas's counsel, Willie Domingo, to submit a brief on this matter. In addition to discussing whether Vargas has become legally unavailable, the parties should brief whether any use of Vargas's prior testimony could in any manner adversely affect Vargas. For example, because the previous trial ended in a mistrial, would Vargas have

the defense of immateriality to a perjury charge? If so, and if his testimony is read in the present trial, would that affect the issue of whether his testimony was material to issues presented at this trial? If the Government will not pursue Vargas for possible perjury arising out of his testimony in the prior trial, the Government may inform the court of such an intention, but, of course, need not do so.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 2, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Basho Elliot, Cr. No. 03-00244 SOM/BMK; ORDER REGARDING BRIEFING ON UNAVAILABILITY OF WITNESS.