# MINUTES

CASE NUMBER:      CR 03-00244SOM

CASE NAME:        USA vs. (01) Basho Elliot

ATTYS FOR PLA:    Beverly Wee Sameshima
                  Russell Woodward (HPD)

ATTYS FOR DEFT:   01 Joseph Vodnoy

                  Ellie Asasaki (USPO)

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    6/25/2007                  TIME:       1:35 - 2:50

COURT ACTION: EP: Sentencing to Counts 1 and 2 of the Superseding Indictment; Defendant's Motion for Bail Pending Appeal -

Defendant (01) Basho Elliot present and in custody.

Court adopts the PSR and the USPO's recommendation, and they are placed under seal.

Douglas G. Pitzer, Michael Elliot and Liane Elliot addressed the Court.

Allocution by Defendant.

Defendant's request for a Downward Departure - Denied.

ADJUDGED:

Imprisonment: 97 Months as to each of Counts 1 and 2, such terms to run concurrently.

Supervised Release: 4 Years as to each of Counts 1 and 2, such terms to run concurrently.

Special Assessment: $200.00 ($100 as to each count).

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.

- That the defendant is prohibited from the possession and use of alcohol.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

JUDICIAL RECOMMENDATIONS: 1) Lompoc; 2) Englewood; 3)  500 Hour Comprehensive Drug Treatment Program; 4) Vocational and Educational Programs.

Defendant advised of his right to appeal.

Defendant's Motion for Bail Pending Appeal - Denied.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.