ORIGINAL

Name JOSEPH T. VODNOY, Attorney at Law
Address 316 West Second Street, Suite 1200
City, State, Zip Los Angeles, California 90012
Phone (213)893-7500
Fax (213)489-4700
E-Mail jvodnoy@vodnoylaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 5 2007

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 03-00244(1)SOM |
| v. | |
| BASHO ELLIOT | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ BASHO ELLIOT _____ hereby appeals to
                                      *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☒ Bail status:
   IN CUSTODY

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___ June 25, 2007 ___. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

June 25, 2007
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                   NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: 03-00244(1)SOM |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| BASHO ELLIOT, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY and/or UNITED STATES MAIL, postage prepaid, to the parties identified below at their last known address on the date herein indicated.

Beverly Wee Sameshima
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

DATED: 6/25/2007

JOSEPH T. VODNOY
Attorney for Plaintiff
BASHO ELLIOT