# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 239973 |
| Trans | 146230 |

Received From: ~~MICHAEL~~ ELLIOT *basho*

Case Number:

Reference Number:  CR 03-244 *SOM*

| | | |
|---|---|---|
| | Check | 455.00 |
| | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | **Tend** | 455.00 |
| | | **Due** | 0.00 |

06/25/2007 02:57:19 PM      Deputy Clerk: lg/DT