IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

U.S. Court of Appeals Case No._____    U.S. District Court Case No._____    03-00244 (1) SOM

JUN 2 5 2007

Short Case Title U.S.A. v. BASHO ELLIOT

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

Date Notice of Appeal Filed by Clerk of District Court_____    06/25/2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| SEE ATTACHMENT A | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __06/25/2007__    Estimated date for completion of transcript_____

Print Name of Attorney __JOSEPH T. VODNOY__    Phone Number __(213) 893-7500__

Signature of Attorney _____

Address __316 West Second Street, Suite 1200, Los Angeles, California 90012__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                                    BY: _____
(U.S. District Court Clerk)         (date)              DEPUTY CLERK



## ATTACHMENT A

| **HEARING DATE(S)** | **COURT REPORTER** | **PROCEEDINGS** |
|---|---|---|
| 02/23/2007 | D. Chun | Pre-Trial Proceedings & Pretrial Motions |
| 02/27/2007 | D. Chun | Pre-Trial Proceedings & Pretrial Motions |
| 02/28/2007 | D. Chun | Trial Proceedings [But not Opening Statement or Jury Voir Dire] |
| 03/01/2007 | D. Chun | Trial Proceedings |
| 03/02/2007 | D. Chun | Trial Proceedings |
| 03/06/2007 | D. Chun | Trial Proceedings [Including Settlement Instructions and Motions] |
| 03/08/2007 | D. Chun | Trial Proceedings |
| 03/09/2007 | D. Chun | Trial Proceedings [Including Closing Arguments & Jury Inst.] |
| 06/25/2007 | D. Chun | Sentencing |



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>BASHO ELLIOT,<br><br>       Defendant. | CR. NO.: 03-00244(1)SOM<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY and/or UNITED STATES MAIL, postage prepaid, to the parties identified below at their last known address on the date herein indicated.

Beverly Wee Sameshima
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

DATED: _____        _____

                             JOSEPH T. VODNOY
                             Attorney for Plaintiff
                             BASHO ELLIOT