ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. 03-00244-01 SOM

Short Case Title: United States v. Basho Elliot

Date Notice of Appeal Filed by Clerk of District Court: June 25, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| March 7, 2007 | Tape | Other (please specify) Conference with Michelle Alvarez |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 28 2007

at 10 o'clock and 10 min A.M.
SUE BEITIA, CLERK

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: June 28, 2007    Estimated date for completion of transcript: _____

Print Name of Attorney: Beverly Wee Sameshima    Phone Number: 541-2850

Signature of Attorney: [signature]

Address: 300 Ala Moana Boulevard, Room 6-100, Honolulu, HI 96850

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____ BY: _____
(U.S. District Court Clerk)    (date)                    DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    Joseph Vodnoy, Esq.
    316 West Second Street
    Suite 1200
    Los Angeles, CA   90012

    Attorney for Defendant
    BASHO ELLIOT

    DATED:  June 28, 2007, at Honolulu, Hawaii.

_Dawn M. Aihara_