

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. Basho Elliot, aka "Bosch Elliot" (01)

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10328

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00244 SOM-01

II. **DATE NOTICE OF APPEAL FILED:** 6/25/07

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 6/25/07   **AMOUNT:** $455.00

   **NOT PAID YET:**   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 12 2007
DISTRICT OF HAWAII

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

---

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)