UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 10 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BASHO ELLIOT, aka Bosch Elliot,<br><br>    Defendant - Appellant. | No. 07-10328<br><br>D.C. No. CR-03-00244-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT C...
JAN 14 2008
4:15 p -
DISTRICT OF HAWAII

Appellee's motion for a second extension of time to file the answering brief is granted. The answering brief is due January 16, 2008. The optional reply brief is due 14 days after service of the answering brief. Any further request for an extension of time to file the answering brief is disfavored. Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

*Peter L. Shaw*
~~General Order 6.3(c)~~

promo commissioner 1.7.08/lkk